**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-24964-DPG**

**DIMITRI ALBERT EDOUARD VORBE,**

>  **Petitioner,**

>  **v.**

**FIELD OFFICE DIRECTOR,**
**Miami Field Office,**
**U.S. Immigration and Customs Enforcement,**

>  **Respondent.**

_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Stay Proceedings ("Joint Motion"). [ECF No. 23]. Having reviewed the Joint Motion, and finding good cause, the Parties' Joint Motion is **GRANTED**.

The Department of Homeland Security represents that it will facilitate Petitioner Dimitri Albert Edouard Vorbe's removal to the Dominican Republic within seven (7) days from the issuance of the final order of removal by transporting Petitioner to a South Florida airport where Petitioner will board a commercial flight to the Dominican Republic. The Parties have further agreed that upon Petitioner's arrival to the Dominican Republic, and no later than two business days after Petitioner's arrival in the Dominican Republic, the Parties will jointly move to dismiss the instant proceedings with prejudice. These proceedings shall be **STAYED** consistent with the agreement of the Parties. Under no circumstances shall the Respondent remove the Petitioner to Haiti or any country other than the Dominican Republic during the period in which these

proceedings are stayed. The terms of the agreement set forth in the Parties' Joint Motion [ECF No. 23] shall be incorporated into this Order.  This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of May, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE